

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.C.D., a Minor Child

No. 06-13-00113-CV

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 03-CS-657). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee pay all costs of this appeal.

RENDERED JULY 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk